[No. 68434-5-I.   Division One.   August 12, 2013.]

JOYCE LEATH BURTON, *Respondent*, v. JANICE BECKER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-38470-3, Suzanne M. Barnett, J., entered February 23, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Spearman, J.

[No. 68437-0-I.   Division One.   August 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DVONTAVEOUS NAAUN HOSTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07168-1, Harry J. McCarthy, J., entered March 2, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Dwyer, J.

[No. 68749-2-I.   Division One.   August 12, 2013.]

WASHINGTON FEDERAL SAVINGS, *Appellant*, v. MICHAEL P. KLEIN, *as Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-42403-1, Sharon S. Armstrong, J., entered April 12, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Lau, JJ. Now published at 177 Wn. App. 22.

[No. 68909-6-I.   Division One.   August 12, 2013.]

MAUREEN GEORGE, *Appellant*, v. PROPERTY DEVELOPMENT CORPORATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-18607-5, Palmer Robinson, J., entered May 11, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Becker, JJ.